**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| GRACE ALBANESE,<br><br>                    Plaintiff,<br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATIONS,<br><br>                    Defendant. | Case No. 2:17-cv-01871-JAD-VCF<br><br>**ORDER**<br><br>APPLICATION TO PROCEED *IN FORMA PAUPERIS* (ECF NO. 1) AND COMPLAINT (ECF NO. 1-1) |
| GRACE ALBANESE,<br><br>                    Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>                    Defendant. | Case No. 2:17-cv-01872-RFB-VCF<br><br>**ORDER**<br><br>APPLICATION TO PROCEED *IN FORMA PAUPERIS* (ECF NO. 1) AND COMPLAINT (ECF NO. 1-1) |
| GRACE ALBANESE,<br><br>                    Plaintiff,<br>vs.<br><br>HOMELAND SECURITY,<br><br>                    Defendant. | Case No. 2:17-cv-01874-RFB-VCF<br><br>**ORDER**<br><br>APPLICATION TO PROCEED *IN FORMA PAUPERIS* (ECF NO. 1) AND COMPLAINT (ECF NO. 1-1) |
| GRACE ALBANESE,<br><br>                    Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>                    Defendant. | Case No. 2:17-cv-01896-JCM-VCF<br><br>**ORDER**<br><br>APPLICATION TO PROCEED *IN FORMA PAUPERIS* (ECF NO. 1) AND COMPLAINT (ECF NO. 1-1) |

Before the Court are Plaintiff Grace Albanese's applications to proceed *in forma pauperis* and complaints in the above captioned actions. On June 29, 2017, the Court issued a report and

recommendation recommending that Albanese be deemed a vexatious litigant and be prohibited from filing any complaint, petition, or other document without first obtaining leave from the Chief Judge in accordance with procedures outlined in the report and recommendation. *See Grace Albanese v. Federal Bureau of Investigations*, case no. 2:17-cv-01599-JAD-VCF, ECF No. 5 (June 29, 2017).  That report and recommendation is currently pending before United States District Court Judge Jennifer A. Dorsey. Accordingly, Albanese's applications to proceed *in forma pauperis* and complaints are denied without prejudice pending a ruling from Judge Dorsey on the report and recommendation.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Plaintiff Grace Albanese's applications to proceed *in forma pauperis* are DENIED WITHOUT PREJUDICE.  If Judge Dorsey adopts the undersigned's report and recommendation, Plaintiff Grace Albanese will be required to first seek leave of the Chief Judge of this Court before she intends to file any papers with the Court.

/ / /

/ / /

/ / /

**NOTICE**

Under Local Rule IB 3-1, any objection to this Order must be in writing and filed with the Clerk of the Court within 14 days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *See Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED this 17th day of July, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

3