**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| GRACE ALBANESE, | Case No. 2:17-cv-01871-JAD-VCF |
| Plaintiff, | **REPORT AND RECOMMENDATION** |
| vs. | |
| FEDERAL BUREAU OF INVESTIGATIONS, | |
| Defendant. | |
| GRACE ALBANESE, | Case No. 2:17-cv-01872-RFB-VCF |
| Plaintiff, | **REPORT AND RECOMMENDATION** |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | |
| Defendant. | |
| GRACE ALBANESE, | Case No. 2:17-cv-01874-RFB-VCF |
| Plaintiff, | **REPORT AND RECOMMENDATION** |
| vs. | |
| HOMELAND SECURITY, | |
| Defendant. | |
| GRACE ALBANESE, | Case No. 2:17-cv-01896-JCM-VCF |
| Plaintiff, | **REPORT AND RECOMMENDATION** |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | |
| Defendant. | |

On June 29, 2017, the Court issued a Report and Recommendation recommending that Plaintiff Grace Albanese be deemed a vexatious litigant and be prohibited from filing any document without first

obtaining leave from the Chief Judge in accordance with procedures outlined in the Report and Recommendation. (2:17-cv-01599-JAD-VCF, ECF No. 5). On July 7 and 11, 2017, Plaintiff filed four new applications to proceed *in forma pauperis*. (2:17-cv-01871-JAD-VCF, ECF No. 1; 2:17-cv-01872-RFB-VCF, ECF No. 1; 2:17-cv-01874-RFB-VCF, ECF No. 1; 2:17-cv-01896-JCM-VCF, ECF No. 1). The Court denied these applications without prejudice pending the outcome of the Report and Recommendation. (2:17-cv-01871, ECF No. 3; 2:17-cv-01872, ECF No. 3; 2:17-cv-01874, ECF No. 3; 2:17-cv-01896, ECF No. 3). On July 27, 2017, the Court accepted the Report and Recommendation and deemed Plaintiff to be a vexatious litigant. (2:17-cv-01599, ECF No. 7).

On January 7, 2019, the Court issued an Order stating that Plaintiff had until February 8, 2019 to seek leave of the Chief Judge of this Court to file these cases as outlined in the Report and Recommendation, and should no application for leave be filed, the Court would recommend that these cases be dismissed with prejudice. (2:17-cv-01871, ECF No. 4; 2:17-cv-01872, ECF No. 6; 2:17-cv-01874, ECF No. 4; 2:17-cv-01896, ECF No. 4). Plaintiff has not filed a proper application[1] in any of these cases, or in any case now pending before the Court.

ACCORDINGLY, and for good cause shown,

IT IS RECOMMENDED that cases 2:17-cv-01871, 2:17-cv-01872, 2:17-cv-01874, and 2:17-cv-01896 be dismissed with prejudice.

## NOTICE

Under Local Rule IB 3-1, any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within 14 days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified

---

[1] Requests for leave of vexatious orders were filed in two cases (2:17-cv-01782-JCM-VCF, ECF No. 4; 2:17-cv-01872, ECF No. 4), but were denied for their deficiencies (2:17-cv-01782, ECF No. 5; 2:17-cv-01872, ECF No. 5).

time. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *See Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

IT IS SO RECOMMENDED.

DATED this 13th day of February, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE