# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Grace Albanese,

    Plaintiff

v.

Federal Bureau of Investigations,

    Defendant

Case No.: 2:17-cv-01871-JAD-VCF

**Order Adopting
Report & Recommendation and
Dismissing Case**

[ECF Nos. 5]

    Vexatious litigant Grace Albanese filed this action (and several others) with a request for pauper status. On January 7, 2019, the court gave Albanese until February 8, 2019, to seek leave of the Chief Judge of this Court to proceed.[1] Albanese was warned that if she failed to seek such leave, this case would be dismissed with prejudice. Because Albanese did not seek such leave, Magistrate Judge Ferenbach recommends that I dismiss this case with prejudice.[2] The deadline for Albanese to object to that recommendation passed without any objection or other filing by Albanese. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

    Accordingly, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 5] is ADOPTED** in its entirety.

---

[1] ECF No. 4.

[2] ECF No. 19.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

IT IS FURTHER ORDERED that **this case is DISMISSED** with prejudice.

The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

Dated: March 1, 2019

_____
U.S. District Judge Jennifer A. Dorsey